THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>ELCON CORPORATION, a Washington corporation, Contractor's License No. ELCONC*128J1, UBI NO. 600 406 488 and MARKEL INSURANCE COMPANY, Bond No. 3496393,<br><br>Defendants. | NO. 2:23-cv-01280 RSM<br><br>ORDER GRANTING MOTION TO STAY PROCEEDINGS AGAINST DEFENDANT ELCON CORPORATION |

Upon consideration of Plaintiffs' Motion to Stay Proceedings against Defendant Elcon Corporation, it is hereby

ORDERED that proceedings against Elcon Corporation are hereby stayed.

DATED this 2nd day of January, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO STAY – 1
CAUSE NO. 2:23-cv-01280 RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



5300 201 gm18s801cf

1  Presented by:

2

3  */s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA # 40041
4  BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
5  Seattle, WA  98101
Telephone: (206) 224-9900
6  Fax: (206) 224-9820
Email: noelled@bcmjlaw.com
7  Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING MOTION TO STAY – 2
CAUSE NO. 2:23-cv-01280 RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



5300 201 gm18s801cf