THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND; LOCAL 191 I.B.E.W. MONEY PURCHASE PENSION TRUST; NORTHWEST WASHINGTON ELECTRICAL INDUSTRY JOINT APPRENTICESHIP & TRAINING TRUST; I.B.E.W. DISTRICT NO. 9 PENSION PLAN, and NATIONAL ELECTRICAL BENEFIT FUND,<br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ELCON CORPORATION, a Washington corporation, Contractor's License No. ELCONC*128J1, UBI NO. 600 406 488 and MARKEL INSURANCE COMPANY, Bond No. 3496393,<br>　　　　　　　Defendants. | NO. 2:23-cv-01280 RSM<br><br>ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS AND ACTION WITHOUT COSTS OR FEES TO ANY PARTIES |

In accordance with the Stipulated Motion for Voluntary Dismissal, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendant Markel Insurance Company is dismissed with prejudice and without costs or fees to any parties; and

ORDER OF VOLUNTARY DISMISSAL OF
DEFENDANTS AND ACTION – 1
CAUSE NO. 2:23-cv-01280 RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5300 201 hc11d50149

1       ORDERED, ADJUDGED AND DECREED that Defendant Elcon Corporation is

2   dismissed without prejudice and without costs or fees to any parties.

3       DATED this 12th day of March, 2024.

 

                                             RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

Presented by:

| Barlow Coughran | Williams, Kastner & Gibbs PLLC |
| Morales & Josephson, P.S. | Attorneys for Defendant Markel |
| Attorneys for Plaintiffs | Insurance Company |

 /s/ Noelle E. Dwarzski                        /s/ Paul Friedrich (with permission)
Noelle E. Dwarzski, WSBA #40041           Paul Friedrich, WSBA #43080

ORDER OF VOLUNTARY DISMISSAL OF
DEFENDANTS AND ACTION – 2
CAUSE NO. 2:23-cv-01280 RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



5300 201 hc11d50149